IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TRACY PITTS, | ) | |
| | ) | |
| Movant, | ) | NO. 3:07-0257 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

In accordance with the Memorandum filed herewith, the Movant's motion to vacate conviction is **DENIED**. Pursuant to 28 U.S.C. § 2253(c), the Court **GRANTS** a Certificate of Appealability.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 1st day of March, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge